# NO. 12-19-00386-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRIAN A. SMALE,*<br>*APPELLANT* | § | *APPEAL FROM THE 402ND* |
| *V.* | | |
| *GLEN THURMAN, A/K/A GLEN*<br>*THURMAN BUILDER, INC., A/K/A*<br>*ROSE HILL SPRINGS*<br>*DEVELOPMENT, LLC AND WOOD*<br>*COUNTY COMMISSIONER'S COURT,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *WOOD COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b) (on any party's motion, or on its own initiative after giving ten days' notice, appellate court may dismiss appeal if appeal is subject to dismissal for want of prosecution).

Brian Smale, acting pro se, perfected his appeal on November 19, 2019. On January 29, 2020, this Court notified Smale that the clerk's record was due on January 28 and the Wood County District Clerk requested an extension of time to file the record, citing non-payment of the required preparation fee. The notice further stated that the appeal would be presented to this Court for dismissal unless proof of full payment to the clerk was provided to this Court no later than February 10. Smale filed a motion to abate requesting that this Court order the trial court to file findings of fact and conclusions of law and to order the District Clerk to identify the contents of the clerk's record through a line item description. In a letter, Smale asked that this Court rule on the motion to abate before considering dismissal. This Court overruled the motion to abate on February 20.

On March 4, the district clerk filed a motion for extension of time, explaining that no payment had been received. On March 11, this Court notified Smale that the clerk's record was

due on January 28 and the District Clerk requested an extension of time to file the record, citing non-payment of the required preparation fee. The notice further stated that the appeal would be presented to this Court for dismissal unless proof of full payment to the clerk was provided to this Court no later than March 23. Smale did not respond to this Court's notice and, on March 27, the District Clerk informed the Clerk of this Court that payment arrangements still had not been made.

When the trial court clerk fails to file the clerk's record because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(b). The court must give the appellant a reasonable opportunity to cure before dismissal. *Id*. Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel. *Muhammed v. Plains Pipeline, L.P.*, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).

Smale has not established indigence, paid, or made arrangements to pay, the fee for preparation of the clerk's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), 37.3(b). Nor has he otherwise responded to this Court's March 11 notice. Accordingly, having provided Smale with a reasonable opportunity to cure, we *dismiss* the appeal for *want of prosecution*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c). All pending motions are overruled as moot.

Opinion delivered March 31, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 31, 2020**

**NO. 12-19-00386-CV**

**BRIAN A. SMALE,**
Appellant
V.
**GLEN THURMAN, A/K/A GLEN THURMAN BUILDER, INC.,
A/K/A ROSE HILL SPRINGS DEVELOPMENT, LLC AND
WOOD COUNTY COMMISSIONER'S COURT,**
Appellees

Appeal from the 402nd District Court
of Wood County, Texas (Tr.Ct.No. 2019-483A)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*